UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____

)   Crim. No. 05-454-01 (RWR)
)
versus )
)
DONALD SHACKLEFORD, )
_____Defendant_____)

NOTICE OF APPEARANCE

The clerk of the Court will please note the entry of my appearance under the

Criminal Justice Act nunc pro tunc to December 21, 2005.

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Donald Shackleford

P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (fax and voice calls)
email: NISquire@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via electronic transmission upon the following this 27th day of February, 2006: John Gillies, Asst. U.S. Attorney, U.S. Dept. of Justice, 1400 New York Ave. NW, Washington, D.C. 20005-2107 and upon Jonathan Jeffress, Esq., Federal Public Defender, 625 Indiana Ave. NW, Washington DC 20004.

_____
*Nathan I. Silver*