UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. NO. 1:05-00454-01 (RWR) |
| | : | |
| DONALD DEAN SHACKELFORD, | : | |
|     Defendant | : | |

GOVERNMENT'S RESPONSE
TO DEFENDANT SHACKELFORD'S MOTION TO VACATE
ORDER HOLDING DEFENDANT WITHOUT BOND

The United States respectfully submits this response to the Motion to Vacate Order Holding Defendant Without Bond filed by Defendant Donald Dean Shackelford ("Shackelford"). In the Detention Memorandum at which Shackelford's Motion to Vacate is directed, the Honorable John M. Facciola, United States Magistrate Judge, cited the following reasons for ordering Shackelford detained pending trial:

> Defendant has presented no evidence to rebut the presumption that detention is necessary in this case. Defendant has no real ties to the United States. Specifically, he has shown no employment history, has almost no roots in this country, and was arrested in St. Maarten [in the Netherlands Antilles]. Moreover, defendant's extensive criminal record, his apparent comfort traveling internationally, and the nature of the alleged offense, conspiracy to manufacture and distribute LSD for importation into the United States, contribute to this court's determination that he must be detained in order to ensure his appearance at trial.

Detention Memorandum, No. 1:05-cr-00454-RWR-1, Docket No. 9 (Jan. 5, 2006).

Shackelford's Motion to Vacate ignores many of the issues raised in the Detention Memorandum and instead focuses on two primary reasons in support of his pretrial release: (1) Shackelford

cannot adequately prepare for trial as he does not have adequate access to research materials regarding the manufacture of lysergic acid diethylamide ("LSD"), and (2) he can establish ties to the Washington, D.C. area.

Shackelford does not explain why he cannot rely on his attorney to assist him in obtaining research materials in preparation for trial. As to establishing ties in the Washington, D.C. area, the Government does not consider Shackelford's proposal that his fiancee move across the country from Boulder, Colorado, to establish a temporary residence in the D.C. area where Shackelford could reside, to be sufficient to address the concerns of flight risk raised in the Detention Memorandum.

For the foregoing reasons, the United States continues to oppose pretrial release for Shackelford and respectfully requests that the Court deny his Motion to Vacate.

                                                    Respectfully submitted,

                                                    KENNETH A. BLANCO
                                                    Chief, Narcotic and Dangerous Drug Section
                                                    Criminal Division
                                                    U.S. Department of Justice

Date: March 11, 2006                             s/John M. Gillies
                                                    John M. Gillies
                                                    Narcotic and Dangerous Drug Section
                                                    Criminal Division, U.S. Department of Justice
                                                    1400 New York Avenue, N.W., Suite 8000
                                                    Washington, DC 20005
                                                    Tel.: 202-307-2354
                                                    Fax.: 202-514-0483
                                                    Email: John.Gillies@usdoj.gov

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing motion was transmitted by electronic mail via Electronic Case Filing (ECF) to Nathan I. Silver, Esquire, counsel for Donald Dean Shackelford, this 11th day of March, 2006.

                                                    s/John M. Gillies  
                                                    John M. Gillies  
                                                    Narcotic and Dangerous Drug Section  
                                                    Criminal Division, U.S. Department of Justice  
                                                    1400 New York Avenue, N.W., Suite 8000  
                                                    Washington, DC 20005  
                                                    Tel.:  202-307-2354  
                                                    Fax.:  202-514-0483  
                                                    Email: John.Gillies@usdoj.gov