UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| **DONALD DEAN SHACKELFORD** | ) | 21 U.S.C. § 963 i/c/w |
| a/k/a "Scott Neaveill," | ) | 21 U.S.C. §§ 959 and 960 |
| | ) | (Conspiracy to Manufacture and |
| **JEFFREY VIOLA** | ) | Distribute Ten Grams or More of |
| a/k/a "Jeffrey Hutchenson," | ) | Lysergic Acid Diethylamide (LSD) |
| | ) | Intending and Knowing that the |
| and | ) | LSD Would Be Unlawfully |
| | ) | Imported into the United States) |
| **RYAN EATON,** | ) | 18 U.S.C. § 2 |
| | ) | (Aiding and Abetting) |
| | ) | |
| **Defendants.** | ) | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

Beginning on or about March 2004 and continuing until on or about August 29, 2005 in Sint Maarten, Netherlands Antilles, and elsewhere, the defendants

**DONALD DEAN SHACKELFORD**
a/k/a "Scott Neaveill,"

**JEFFREY VIOLA**
a/k/a "Jeffrey Hutchenson," and

**RYAN EATON**

did, knowingly, intentionally, combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, including co-conspirators not indicted herein, to

commit the following offenses against the United States: to manufacture and distribute ten (10) grams or more of a mixture and substance containing a detectable amount of lysergic acid diethylamide, also known as "LSD", a Schedule I controlled substance, intending and knowing that it would be unlawfully imported into the United States from Sint Maarten, Netherlands Antilles, and from elsewhere outside of the United States, in violation of Title 21, United States Code, Sections 959 and 960.

All in violation of Title 21, United States Code, Section 963; in conjunction with Title 21, United States Code, Sections 959(a)(1) and 960, and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

KENNETH A. BLANCO, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By:   s/John M. Gillies
John M. Gillies
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Suite 8000
Washington, DC 20005
202-307-2354