UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____

)                    Crim. No. 05-454-01 (RWR)

)

versus                            )

)

Donald Dean SHACKLEFORD,              )

_____Defendant_____ )

MOTION TO VACATE STATUS HEARING DATE
DATE OF MARCH 30, 2006

Defendant, through undersigned counsel appointed by the Court, hereby moves

the Court to vacate the status hearing date set for March 30, 2006, for the following

reasons.

1.  Defendant advises the Court that his family has retained private counsel to

represent defendant in the instant case.  Glen Obedin, Esq., a member of the bar of the

State of New York, contacted counsel last week to advise him that of his expected entry

of appearance.  Counsel met with defendant at the D.C. Jail soon after.  Defendant

confirmed that his family had retained Mr. Obedin.  On Monday, Mar. 27, 2006, Mr.

Obedin traveled to Washington, D.C., and met first with counsel at the D.C. Courthouse

and later with defendant at the Jail.  Counsel provided Mr. Obedin with copies of all

pretrial discovery materials.  Mr. Obedin expects to enter his appearance soon.  There

appears to be no impediment to Mr. Obedin entering his appearance and undersigned

counsel plans to sponsor Mr. Obedin's appearance *pro hac vice*, as it appears that Mr.

Obedin is a member in good standing of the bar of New York.

2.  Counsel has spoken with both government counsel, John M. Gillies, Esq., and

counsel for codefendant Jeffrey Viola, Jonathan Jeffress, Esq.  Defendant notes that the

other parties do not oppose vacating the hearing scheduled for the 30th.  The parties agree that no meaningful action can occur between now and the appearance of Ryan Eaton, a recently-added defendant, who was charged with defendants in a superseding indictment. Mr. Eaton has been arrested in Oregon and presented to a U.S. Magistrate Judge on the charge.  He has been ordered released on his own recognizance and required to appear in U.S. District Court for the District of Columbia on April 24, 2006, for his initial appearance. (It is not known to counsel whether or not an attorney has entered an appearance for Mr. Eaton.)  Assuming that Mr. Eaton appears that day as required, a meaningful status conference can take place only after that date.

3.  Defendant is prepared to waive the time between March 30, 2006, and the next scheduled court date from inclusion in the time requirements of the Speedy Trial Act.  It will of course be necessary for his new counsel to enter his appearance and become conversant with the facts and issues this case presents.  It will serve the ends of justice for such time to be excluded.

4.  Defendant notes that defendant Viola has been released by having hypothecated his residence to support a cash bond.  Mr. Viola's counsel Mr. Jeffress has represented to counsel that defendant Viola similarly does not oppose an exclusion of the time between March 30, 2006, and the next court date from Speedy Trial Act requirements.

A proposed Order is attached.

WHEREFORE, defendant moves the Court to grant said relief.

Respectfully submitted,

NATHAN I. SILVER/#944314
P.O. Box 5757
Bethesda MD 20824-5757
(301) 229-0189 (voice & fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served this 28th day of March, 2006, upon John Gillies, Esq., Asst. U.S. Attorney, U.S. Department of Justice, and upon Jonathan Jeffress, Esq., Asst. Federal Public Defender, Office of the Federal Public Defender, by electronic filing.

_____
*Nathan I. Silver*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                                                                    )          Crim. No. 05-454-01 (RWR)
                                                                    )
                    versus                                     )
                                                                    )
Donald Dean SHACKLEFORD                  )
        And Jeffrey VIOLA                          )
_____Defendants_____)

**ORDER**

Upon good cause shown in defendant's Motion to Vacate Status Hearing Date of

March 30, 2006, and upon other evidence before the Court in the record of this case, it

shall be and hereby is,

ORDERED, this _____ day of March, 2006, that the Status Hearing now set for

March 30, 2006, at 9 o'clock a.m. is hereby VACATED, such further date to be set after

consultation with the parties, and it is further

ORDERED, that with the consent of the defendants, the period of time between

March 30, 2006, and the next scheduled court date shall be excluded in the interests of

justice from the time requirements of the Speedy Trial Act.

_____
Hon. Richard W. Roberts
United States District Judge

John M. Gillies, Esq.
Narcotic and Dangerous Drug Section
U.S. Dept. of Justice – Criminal Division
1400 New York Ave., N.W., Suite 8000
Washington, D.C. 20005

Jonathan Jeffress, Esq.
Federal Public Defender (D.C.)
625 Indiana Ave., N.W.
Washington, D.C. 20004