Case 1:05-cr-00454-RWR   Document 18   Filed 03/30/2006   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED

MAR 30 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Criminal Action No. 05-454 (**RWR**) |
| ) | |
| DONALD D. SHACKLEFORD, et al.) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>ORDER</u>

Defendant Shackleford has moved to continue the status hearing scheduled for March 30, 2006. He represents that the government and co-defendant Viola through counsel do not object to the continuance, and that he and co-defendant Viola do consent to having Speedy Trial time excluded between now and the rescheduled date. Accordingly, it is hereby

ORDERED that the motion be, and hereby is, GRANTED. The statushearing is rescheduled to April 28, 2006 at 4:30 p.m. Speedy Trial time is excluded from March 30, 2006 to April 28, 2006. The continuance is in the best interests of justice and those interests outweigh the interests of the parties and the public in a speedier trial. The purpose of the continuance is to permit newly retained counsel for defendant Shackleford an adequate opportunity given the exercise of due diligence to prepare for the hearing, and for a newly joined co-defendant to appear in this district. 18 U.S.C. § 3161(h)(7),(h)(8)(A).

- 2 -

SIGNED this 29th day of March, 2006.

_____
RICHARD W. ROBERTS
United States District Judge