UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA<br>
WASHINGTON, D.C. 20001

_____

UNITED STATES OF AMERICA

      vs.

DONALD D. SHACKELFORD

      Defendant.

_____

**MOTION TO APPEAR
PRO HAC VICE**

Criminal No.: 05-454-01(RWR)

      GLENN A. OBEDIN, an attorney admitted to practice in the United States Court for the Eastern and Southern Districts of New York submits the following motion seeking permission to appear on behalf of the above referenced defendant Pro Hac Vice.

      In furtherance of said motion, I have attached a Declaration in Support.

      Pursuant to the rules of this Court, my motion is signed by a sponsoring member of the bar of this Court, Nathan I. Silver.

      Based upon the foregoing as well as the attached Declaration in Support, I ask the Court to grant this motion and allow my appearance in this matter pro hac vice on behalf of defendant, Donald D. Shackelford.

Respectfully submitted,

_____

Nathan I. Silver (944314)
P.O. Box 5757
Bethesda, MD 20824
(301) 229-0189

_____

Glenn A. Obedin (8201)
320 Carleton Avenue, Ste. 4200
Central Islip, New York 11722
(631) 232-3400