UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
)   Crim. No. 05-454-01 (RWR)
)
versus )
)
Donald Dean SHACKLEFORD, )
_____Defendant_____ )

MOTION TO PERMIT APPEARANCE PRO HAC VICE
GLEN OBEDIN ESQ. AS COUNSEL FOR DEFENDANT

Defendant, through undersigned counsel appointed by the Court, hereby moves the Court to permit the appearance of Glen Obedin, Esq., a member in good standing of the bar of the State of New York, as counsel for defendant.   Undersigned counsel hereby sponsors Mr. Obedin's admission pro hac vice and assures the Court that he is prepared to serve, as needed, as local counsel for Mr. Obedin in the event that the Court permits Mr. Obedin to enter his appearance.

A proposed Order is attached.

WHEREFORE, defendant moves the Court to grant said relief.

Respectfully submitted,

NATHAN I. SILVER/#944314
P.O. Box 5757
Bethesda MD 20824-5757
(301) 229-0189 (voice & fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served this 28th day of March, 2006, upon John Gillies, Esq., Asst. U.S. Attorney, U.S. Department of Justice, and upon Jonathan Jeffress, Esq., Asst. Federal Public Defender, Office of the Federal Public Defender, by electronic filing.

_____
*Nathan I. Silver*

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                                                    )          Crim. No. 05-454-01 (RWR)
                                                    )
           versus                          )
                                                    )
Donald Dean SHACKLEFORD   )
                                                    )
_____Defendant _____)

**ORDER**

Upon good cause shown in defendant's Motion to Admit <u>Pro Hac Vice</u> and upon other evidence before the Court in the record of this case, it shall be and hereby is,

ORDERED, this \_\_\_\_\_ day of May, 2006, that Glen Obedin, Esq., a member in good standing of the bar of the State of New York, be permitted to enter his appearance as counsel for defendant.

_____
Hon. Richard W. Roberts
United States District Judge

John M. Gillies, Esq.
Narcotic and Dangerous Drug Section
U.S. Dept. of Justice – Criminal Division
1400 New York Ave., N.W., Suite 8000
Washington, D.C. 20005

Jonathan Jeffress, Esq.
Federal Public Defender (D.C.)
625 Indiana Ave., N.W.
Washington, D.C. 20004