UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

_____

UNITED STATES OF AMERICA

vs.

DONALD D. SHACKELFORD

                Defendant.

_____

**DECLARATION IN SUPORT**

Criminal No.: 05-454-01(RWR)

GLENN A. OBEDIN, an attorney admitted to practice in the United States Court for the Eastern and Southern Districts of New York affirms the following to be true.

My full name is Glenn Andrew Obedin.

My office address is 320 Carleton Avenue, Suite 4200, Central Islip, New York 11722, (631) 232-3400.

I have been a member in good standing in the United States Courts for the Eastern and Southern Districts of New York since 1997, as well as the Courts of New York State since 1988.

I hereby certify, under the penalties of perjury that I have never been disciplined by any bar of which I am a member.

That I have never sought admission pro hac vice in this Court before.

That I do not have an office for the practice of law within the District of Columbia I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

_____
Glenn A. Obedin (8201)