UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO.  05-454-01 (RWR) |
| | : | |
| **DONALD DEAN SHACKELFORD** | : | |
| | : | |
| | : | |

### JOINT MOTION FOR CONTINUANCE OF CASE STATUS HEARING

The United States and the defendant, by and through his counsel Glenn Obedin, respectfully move this Court to continue the case status hearing in this matter currently scheduled for December 15, 2006, at 3:30 p.m.  In support of the motion, the Government and the defendant respectfully submit the parties are currently in discussions regarding the resolution of the case and these discussions have been fruitful.  Both parties would request the Court set this matter for a Rule 11 change of plea hearing during the last week in January 2007..

Respectfully submitted

KEN BLANCO, Chief
Narcotics and Dangerous Drug Section

  /s/
Patrick H. Hearn
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005,  (202) 305-7606

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to counsel for defendant, 12th day of December, 2006.

  /s/
Patrick H. Hearn