UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. 04-114 (RBW) |
| | : | |
| **DONALD DEAN SHACKELFORD** | : | |
| | : | |

### ORDER

The government and defendant Donald Dean Shackelford, through his attorney, Glenn Obedin, have jointly moved to continue the status hearing scheduled for December 15, 2006, at 3:30 p.m. Upon consideration of the parties Joint Motion to Continue the case status hearing in this matter, currently scheduled for December 15, 2006, at 3:30 p.m., and finding good cause, it is this, _____ day of _____, 2006,

**ORDERED**, that the parties Joint Motion to Continue is **GRANTED**. This matter will be continued to a Rule 11 change of plea hearing on the _____ day of _____, 2007 at_____AM/PM. The continuance is in the best interests of justice and those interests outweigh the interests of the parties and the public in a speedier trial.

**SO ORDERED**,

_____

RICHARD W. ROBERTS
U.S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA