UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            :
                                     :
v.                                   :    CRIMINAL NO. 05-454 (RWR)
                                     :
                                     :
DONALD DEAN SHACKELFORD              :    **FILED**
                                     :    DEC 14 2006
                                     :    NANCY MAYER WHITTINGTON, CLERK
                                     :    U.S. DISTRICT COURT

### ORDER

The government and defendant Donald Dean Shackelford, through his attorney, Glenn Obedin, have jointly moved to continue the status hearing scheduled for December 15, 2006, at 3:30 p.m. Upon consideration of the parties Joint Motion to Continue the case status hearing in this matter, currently scheduled for December 15, 2006, at 3:30 p.m., and finding good cause, it is this, __14th__ day of __December__, 2006,

ORDERED, that the parties Joint Motion to Continue is **GRANTED**. This matter will, *as to defendant SHACKELFORD only*, be continued to a Rule 11 change of plea hearing on the __2nd__ day of __February__, 2007 at __11:30__ AM/~~PM~~. The continuance is in the best interests of justice and those interests outweigh the interests of the parties and the public in a speedier trial. *Speedy trial time is excluded from today through February 2, 2007.*

SO ORDERED,

_____
RICHARD W. ROBERTS
U.S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA