UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-454 (RWR) |
| | : | |
| v. | : | |
| DONALD SHACKELFORD, | : | |
| JEFFREY VIOLA and | : | |
| RYAN EATON | : | |
| Defendants. | : | |

## NOTICE OF ADDITION OF COUNSEL

The United States of America informs the Court that Trial Attorney WANDA J. DIXON is being added to this case as co-counsel of record. This is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

_____/s/_____
WANDA J. DIXON
Trial Attorney, United States Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, NW room 8414
Washington, DC 20530
(202) 307-0377